**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY E. BARKER,
ADC #129415                                                                                                                PLAINTIFF

V.                                       5:14CV00181 JM/JTR

BARNES, Doctor,
Randall Williams Unit, ADC, et al.                                                   DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendants Jones and Boettger are dismissed without prejudice.

2. Plaintiff may proceed with his inadequate medical care claims against Defendants Barnes, Sevoit, and White.

3. The Clerk is directed to prepare a summons for Defendants Barnes, Sevoit, and White. The U.S. Marshal is directed to serve the summons, complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance office must file the unserved Defendant's last known private mailing address **under seal**.

    4.    It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated 28th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY E. BARKER,
ADC #129415                                                                                                        PLAINTIFF

V.                                            5:14CV00181 JM/JTR

BARNES, Doctor,
Randall Williams Unit, ADC, et al.                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendants Jones and Boettger are dismissed without prejudice.

2. Plaintiff may proceed with his inadequate medical care claims against Defendants Barnes, Sevoit, and White.

3. The Clerk is directed to prepare a summons for Defendants Barnes, Sevoit, and White. The U.S. Marshal is directed to serve the summons, complaint, and this Order on them

through the ADC Compliance Division without prepayment of fees and costs or security therefor.[2]

4.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[2] If any of the Defendants are no longer ADC employees, the ADC Compliance office must file the unserved Defendant's last known private mailing address **under seal**.