# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY E. BARKER  
ADC # 129415                                                                                    PLAINTIFF

V.                                    5:14CV00181JM/JTR

BARNES, Randall Williams Unit, ADC, et al.                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.	Plaintiff's Motion to Renew (Docket No. 32) is DENIED.

2.	Plaintiff's Motion to Proceed (Docket No. 34) contains the same arguments as those addressed in the Recommended Disposition and is DENIED for the same reasons.

3.	Plaintiff's Complaint (Docket No. 1) and his claims against the remaining Defendants Barnes, White and Savoy are DISMISSED, WITHOUT PREJUDICE.

Dated this 23rd day of June, 2015.

                                                _____
                                                UNITED STATES DISTRICT JUDGE